United States Bankruptcy Court
District of Maryland

In re:  
Tylisha S. Thompson  
    Debtor

Case No. 22-11920-NVA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0416-1      User: admin      Page 1 of 4  
Date Rcvd: Jul 03, 2024      Form ID: ntcdsm      Total Noticed: 52

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tylisha S. Thompson, 3109 Wisteria Ave., Baltimore, MD 21214-2318 |
| cr | + | Federal Home Loan Mortgage Corporation, as Trustee, 6003 Executive Blvd, Suite 101, Rockville, MD 20852-3813 |
| 32006468 | ++ | ALDOUS & ASSOCIATES, PO BOX 171374, HOLLADAY UT 84117-1374 address filed with court:, Aldous and Associates, PLLC, Attn: Bankruptcy, Po Box 171374, Holladay, UT 84117 |
| 32006469 | + | Baltimore City Dpt. of Pub. Works, 200 N. Holliday St. #600, Baltimore, MD 21202-3676 |
| 32006470 | + | Baltimore City Law Department, 100 Holliday St., Baltimore, MD 21202-3472 |
| 32006472 | + | Baltimore Gas & Electric Co., c/o Corporate Creations Network, Inc., 2 Wisconsin Cir. #700, Chevy Chase, MD 20815-7007 |
| 32006475 | + | College Foundation Inc, Attn: Bankruptcy, Po Box 40877, Raleigh, NC 27629-0877 |
| 32006483 | + | Emergeny Servicing, PO Box 190, Horsham, PA 19044-0190 |
| 32006491 | + | Maryland Attorney General, 200 St Paul Pl., Baltimore, MD 21202-5994 |
| 32006495 | + | Nc Ed Asst, Pob 14002, Durham, NC 27709-4002 |
| 32006499 | + | South Carolina Student Loan, Attn: Bankruptcy, Po Box 102405, Columbia, SC 29224-2405 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: bnc@ch13md.com | Jul 03 2024 19:39:00 | Rebecca A. Herr, Chapter 13 Trustee, 185 Admiral Cochrane Dr., Suite 240, Annapolis, MD 21401-7623 |
| cr | ^ | MEBN | Jul 03 2024 19:34:22 | Gateway Financial Solutions, Peroutka, Miller, Klima & Peters, P.A., c/o Michael J. Klima, 8028 Ritchie Highway, Ste 300, Pasadena, MD 21122-1360 |
| 32006468 | | Email/Text: cs@aldouslegal.com | Jul 03 2024 19:39:00 | Aldous and Associates, PLLC, Attn: Bankruptcy, Po Box 171374, Holladay, UT 84117 |
| 32006465 | + | Email/Text: bankruptcy@rentacenter.com | Jul 03 2024 19:40:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 32006466 | + | Email/Text: bankruptcy@acimacredit.com | Jul 03 2024 19:40:00 | Acima Credit, 9815 South Monroe Street, 4th Floor, Sandy, UT 84070-4384 |
| 32006467 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 03 2024 19:53:23 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 32006471 | + | Email/Text: BGEBankruptcy@BGE.com | Jul 03 2024 19:39:00 | Baltimore Gas & Electric Co., PO Box 1475, Baltimore, MD 21203-1475 |
| 32006478 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jul 03 2024 19:38:00 | Comptroller of Maryland, Revenue Administration Division, 110 Carroll Street, Annapolis, MD 21411 |
| 32006767 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jul 03 2024 19:38:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 32006473 | + | EDI: CAPITALONE.COM | | |

| District/off: 0416-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 03, 2024 | Form ID: ntcdsm | Total Noticed: 52 |

| | | | | |
|---|---|---|---|---|
| | | | Jul 03 2024 23:29:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 32011314 | + | EDI: AIS.COM | | |
| | | | Jul 03 2024 23:30:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32006476 | + | EDI: WFNNB.COM | | |
| | | | Jul 03 2024 23:30:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 32006477 | + | EDI: WFNNB.COM | | |
| | | | Jul 03 2024 23:30:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 32006479 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Jul 03 2024 19:53:16 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 32006480 | + | Email/Text: electronicbkydocs@nelnet.net | | |
| | | | Jul 03 2024 19:40:00 | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 32006481 | ^ | MEBN | | |
| | | | Jul 03 2024 19:34:03 | DigniFi, Attn: Banktuptcy, Po Box 576, Bellevue, WA 98009-0576 |
| 32006482 | + | Email/Text: ECMCBKNotices@ecmc.org | | |
| | | | Jul 03 2024 19:39:00 | ECMC, Attn: Bankruptcy, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 32006485 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | | |
| | | | Jul 03 2024 19:39:00 | Fm/sc St Ln, 121 South 13th Street, Lincoln, NE 68508 |
| 32006484 | + | Email/Text: bankruptcy@fco.com | | |
| | | | Jul 03 2024 19:39:00 | Fair Collections & Outsourcing, Attn: Bankruptcy Dept, 12304 Baltimore Ave Suite #E, Beltsville, MD 20705-1314 |
| 32044992 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Jul 03 2024 19:40:00 | Federal Home Loan Mortgage Corporation, as Trustee, c/o Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 32043511 | + | Email/Text: gfslegal@gatewayfinancial.org | | |
| | | | Jul 03 2024 19:40:00 | GATEWAY FINANCIAL SOLUTIONS, PO BOX 3257, SAGINAW, MI 48605-3257 |
| 32006486 | + | Email/Text: gfslegal@gatewayfinancial.org | | |
| | | | Jul 03 2024 19:40:00 | Gateway Financial Solutions, Attn: Bankruptcy, Po Box 3257, Saginaw, MI 48605-3257 |
| 32006487 | + | EDI: IRS.COM | | |
| | | | Jul 03 2024 23:29:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 32315664 | | EDI: JEFFERSONCAP.COM | | |
| | | | Jul 03 2024 23:30:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 32006488 | + | Email/Text: support@ljross.com | | |
| | | | Jul 03 2024 19:39:00 | LJ Ross & Associates, Attn: Bankruptcy, 4 Universal Way, Po Box 6099, Jackson, MI 49204-6099 |
| 32046008 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | | Jul 03 2024 19:39:00 | Lakeview Loan Servicing, LLC, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 32006489 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | | Jul 03 2024 19:39:00 | Loancare, Attn: Consumer Solutions Dept, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 32006490 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | | Jul 03 2024 19:39:00 | Loancare, Cit Bank,, Attn: Consumer Solutions Dept, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 32006492 | | Email/Text: mdtaoag@mdta.state.md.us | | |
| | | | Jul 03 2024 19:39:00 | Maryland Transportation Authority, 2310 Broening Highway, Baltimore, MD 21224 |
| 32006493 | | Email/Text: bknotices@mbandw.com | | |
| | | | Jul 03 2024 19:39:00 | McCarthy, Burgess & Wolff, 26000 Cannon Road, Bedford, OH 44146 |
| 32006494 | ^ | MEBN | | |
| | | | Jul 03 2024 19:33:43 | MRS Associates, 1930 Olney Ave., Cherry Hill, NJ 08003-2016 |
| 32083317 | + | Email/Text: Bankruptcy_group@baltimorecity.gov | | |
| | | | Jul 03 2024 19:39:00 | Mayor and City Council of Baltimore, 200 Holliday Street Room #1 Bankruptcy, Baltimore, MD 21202-6295 |

| | | | | |
|---|---|---|---|---|
| 32015153 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 03 2024 19:39:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 32006496 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 03 2024 19:40:00 | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 32040573 | | EDI: Q3G.COM | Jul 03 2024 23:30:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 32006500 | | Email/Text: amieg@stcol.com | Jul 03 2024 19:39:00 | State Collection Service, Attn: Bankruptcy, Po Box 6250, Madison, WI 53716 |
| 32006497 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 03 2024 19:40:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 32006498 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 03 2024 19:40:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 32006501 | + | Email/Text: bankruptcydept@ncsecu.org | Jul 03 2024 19:40:00 | State Employees Credit Union, Attn: Bankruptcy, Po Box 25279, Raleigh, NC 27611-5279 |
| 32006766 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Jul 03 2024 19:40:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32006765 | + | Email/Text: Bankruptcy_group@baltimorecity.gov | Jul 03 2024 19:39:00 | Supervisor of Delin. Accts., Abel Wolman Municipal Building, 200 Holliday Street- Room #1 Bankruptcy, Baltimore, MD 21202-6295 |
| 32008991 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 03 2024 19:40:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 32006474 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2024           Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brandon R. Jordan | bjordan@raslg.com |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 03, 2024 | Form ID: ntcdsm | Total Noticed: 52 |

Eric S. Steiner
    info@steinerlawgroup.com eric.steinerlawgroup.com@recap.email

Gregory Christopher Mullen
    bankruptcy@bww-law.com gregory.c.mullen@gmail.com

Michael J. Klima
    bankruptcy@peroutkalaw.com

Michael T. Cantrell
    bankruptcymd@mwc-law.com bankruptcymd@ecf.inforuptcy.com

Rebecca A. Herr
    ecf@ch13md.com

TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:    Case No.: **22−11920 − NVA**    Chapter: **13**

**Tylisha S. Thompson**
Debtor

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 7/3/24.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 7/3/24

Mark A. Neal, Clerk of Court
by Deputy Clerk, Lisa Alexander
301−344−3378

Form ntcdsm